IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
GAIL ANN HILL )
)
      Debtor ) CH 13 Case No. 07-40854
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

      GAIL ANN HILL
      1558 HARDING AVENUE
      SALEM, OH 44460

                                                              $5.00

                              **TOTAL:**        **$ 5.00**

2. A check in the amount of $5.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 25th day of JANUARY, 2010.

                                        MICHAEL A. GALLO, TRUSTEE
                                        20 Federal Plaza West
                                        Suite #602
                                        Youngstown, OH 44503
                                        (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| GAIL ANN HILL | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 07-40854 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ___25th___ day of January, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Alice M. McClelland*
Alice McClelland